TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00017-CR


NO. 03-04-00046-CR


NO. 03-04-00047-CR


NO. 03-04-00048-CR







Terry Ulloa, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT


NOS. CR2002-376, CR2003-250, CR2003-251 & CR2003-252


HONORABLE GARY L. STEEL, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record in these companion cases was originally due to be filed on
February 9, 2004. At the court reporter's request, the time for filing was extended to April 9, 2004. 
The record has not been tendered for filing.

The court reporter for the 22nd District Court, Mr. Rick Roberts, is ordered to file the
reporter's record in these causes no later than May 14, 2004. No further extension of time will be
granted. See Tex. R. App. P. 37.3(a)(2).


It is ordered April 22, 2004.


Before Justices Kidd, B. A. Smith and Pemberton

Do Not Publish